# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 06-258 |
| ODELL QUARN CANNON  a/k/a Zelly | : | CIVIL ACTION NO. 11-160 |

## ORDER

**AND NOW**, this 23rd day of March, 2011, upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Document No. 115), the government's response, the defendant's supplemental statements and submissions, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.